Case 2:12-cv-10785-AN   Document 18   Filed 12/16/13   Page 1 of 1   Page ID #:593

1  ~~Young Cho~~
   ~~Attorney at Law: 189870~~
2  ~~Law Offices of Lawrence D. Rohlfing~~
   ~~12631 East Imperial Highway, Suite C-115~~
3  ~~Santa Fe Springs, CA 90670~~
   ~~Tel.: (562)868-5886~~
4  ~~Fax: (562)868-8868~~
   ~~E-mail: rohlfing.office@rohlfinglaw.com~~
5
   ~~Attorneys for Plaintiff~~
6  ~~Maria D. De La Barcena~~

7

8

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                    DEPUTY

9

                    UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11

12  MARIA D. DE LA BARCENA,          )  Case No.: CV 12-10785 AN
                                     )
13           Plaintiff,              )  {PROPOSED} ORDER AWARDING
                                     )  EQUAL ACCESS TO JUSTICE ACT
14      vs.                          )  ATTORNEY FEES AND EXPENSES
                                     )  PURSUANT TO 28 U.S.C. § 2412(d)
15  CAROLYN W. COLVIN, Acting        )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security, )  U.S.C. § 1920
16                                   )
             Defendant               )
17                                   )
    _____)
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $4,000.00, as

22  authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23  DATE:  December 16, 2013

24

25  THE HONORABLE ARTHUR NAKAZATO
    UNITED STATES MAGISTRATE JUDGE
26

                                 -1-